AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

GLENN MARR,

    Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:06-CV-00354-LRH-RAM**

PETER ANDERSON, et.al,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Clair Mendenhall and Joseph Wulfkuhle's Motion for Dismissal, or in the Alternative, for Summary Judgment (Document # 49) is hereby GRANTED.

| | |
|---|---|
| May 9, 2008 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ Katie Lynn Ogden |
| | Deputy Clerk |