UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GLENN MARR,

        Plaintiff,

vs.

PETER ANDERSON, an individual,
CLAIR MENDENHALL, an individual,
JOSEPH WULFKUHLE, an individual,
ROBERT ASHWORTH, an individual,
MICHAEL DONDERO, an individual,
PETER CANNIZARRO, an individual,
ALAN BIAGGI, an individual,
SIM COM INTERNATIONAL, INC., a
Florida corporation,

        Defendants.

Case No. 3:06-cv-00354-LRH-RAM

**JOINT MOTION FOR EXTENSION OF TIME** AND ORDER

**(FIRST REQUEST)**

**COME NOW**, THE STATE DEFENDANTS, PETER ANDERSON, ROBERT ASHWORTH, MICHAEL DONDERO, PETER CANNIZZARO, AND ALLEN BIAGGI (HEREINAFTER STATE DEFENDANTS), BY AND THROUGH THEIR COUNSEL, CATHERINE CORTEZ MASTO, ATTORNEY GENERAL OF THE STATE OF NEVADA, AND BRYAN L. STOCKTON, DEPUTY ATTORNEY GENERAL AND GLENN MARR, BY AND THROUGH HIS ATTORNEY JEFFERY DICKERSON, ESQ. AND REQUEST THAT THE COURT EXTEND THE TIME FOR RESPONSES TO THE **STATE DEFENDANTS MOTION FOR SUMMARY JUDGMENT.**

THE STATE DEFENDANTS FILED A MOTION FOR SUMMARY JUDGMENT ON MAY 30, 2008. MARR'S OPPOSITION IS DUE ON JUNE 17, 2008, AND THE STATE DEFENDANTS REPLY WOULD BE DUE ON JUNE 27, 2008. USDC LOCAL RULE 7-2.

BRYAN STOCKTON, ATTORNEY FOR THE STATE DEFENDANTS, WILL BE ON ACTIVE DUTY FOR TRAINING WITH THE UNITED STATES ARMY RESERVE FROM JUNE 13, 2008 TO JUNE 28, 2008 AND ON ANNUAL LEAVE FROM JUNE 30, 2008 TO JULY 3, 2008. THE PARTIES THEREFORE SUBMIT THIS JOINT MOTION TO EXTEND THE DATE FOR THE OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT TO BE DUE ON JULY 3, 2008 AND THE STATE DEFENDANTS REPLY WILL BE DUE ON JULY 14, 2008.

DATED THIS **16TH** DAY OF MAY, 2008.

                CATHERINE CORTEZ MASTO
                ATTORNEY GENERAL

                BY:   /s/ BRYAN L. STOCKTON
                        BRYAN L. STOCKTON
                        DEPUTY ATTORNEY GENERAL
                        NEVADA STATE BAR #4764
                        100 NORTH CARSON STREET
                        CARSON CITY, NEVADA  89701
                        (775) 684-1228

                BY:   /s/ JEFFREY A. DICKERSON
                        JEFFREY A. DICKERSON, ESQ.
                        Nevada State Bar #2690
                        9655 Gateway Drive, Suite B
                        Reno, Nevada 89521
                        (775) 786-6664

IT IS SO ORDERED this 18th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE