UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GLENN MARR,

    Plaintiff,

vs.

PETER ANDERSON, an individual,
CLAIR MENDENHALL, an individual,
JOSEPH WULFKUHLE, an individual,
ROBERT ASHWORTH, an individual,
MICHAEL DONDERO, an individual,
PETER CANNIZARRO, an individual,
ALAN BIAGGI, an individual, PAN AM
INTERNATIONAL FLIGHT ACADEMY,
a.k.a. SIM COM, a Delaware corporation

    Defendants.

CASE NO. 3:06-cv-00354-LRH-RAM

STIPULATION FOR
ENLARGEMENT OF TIME
(Second Request)

The parties hereby stipulate and agree that Plaintiff may and should have an additional fourteen days to respond to the State Defendants' Motion for Summary Judgement, from its current due date of July 3, 2008 to and including July 17, 2008. Additional time is needed due to Mr. Dickerson's busy deposition calendar, and that he is currently in the process of

///
///
///
///
///
///
///

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

JAD/kdd/marrII/enlarge time st msj

1

responding to multiple motions, preparing three Nevada Supreme Court briefs and four Ninth Circuit Briefs. The additional time will allow completion of this opposition.

DATED this 2nd day of July, 2008.

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON

CATHERINE MASTO CORTEZ
ATTORNEY GENERAL

_____
ROBERT KILROY
Deputy Attorney General
for Bryan Stockton

ORDER

IT IS SO ORDERED.
DATED: July 7, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JAD/kdd/marrII/enlarge time st msj

2