UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GLENN MARR,

    Plaintiff,

vs.

PETER ANDERSON, an individual,
CLAIR MENDENHALL, an individual,
JOSEPH WULFKUHLE, an individual,
ROBERT ASHWORTH, an individual,
MICHAEL DONDERO, an individual,
PETER CANNIZARRO, an individual,
ALAN BIAGGI, an individual, PAN AM
INTERNATIONAL FLIGHT ACADEMY,
a.k.a. SIM COM, a Delaware corporation

    Defendants.
_____/

CASE NO. 3:06-cv-00354-LRH-RAM

STIPULATION FOR ENLARGEMENT OF TIME (Third Request) ; ORDER

    The parties hereby stipulate and agree that Plaintiff may and should have an additional thirty (30) days to respond to the State Defendants' Motion for Summary Judgment, from its current due date of July 17, 2008 to and including August 18, 2008 (August 17 is a Sunday). Additional time is needed due to Mr. Dickerson's pre-planned vacation. He has been endeavoring to complete the opposition, and it is close to completed, but further legal research is needed on the *Garcetti* progeny, which just cannot be completed before the family vacation which runs from July 19, 2008 to August 3, 2008. Upon return, there is a trial before this Court on August 12, 2008, and one in Judge Flanagan's court on August 18, 2008. The additional

/ / /

/ / /

/ / /

JAD/sh/marrII/enlarge-time-stip-msjopp

1

time will allow completion of this opposition.

DATED 7/17/08

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON

DATED 7/21/08

CATHERINE MASTO CORTEZ
ATTORNEY GENERAL

_____
BRYAN L. STOCKTON
Deputy Attorney General

ORDER

IT IS SO ORDERED.

DATED this 22nd day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JAD/sh/marrII/enlarge-time-stip-msjopp

2