UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GLENN MARR,

    Plaintiff,

vs.

PETER ANDERSON, an individual,
CLAIR MENDENHALL, an individual,
JOSEPH WULFKUHLE, an individual,
ROBERT ASHWORTH, an individual,
MICHAEL DONDERO, an individual,
PETER CANNIZARRO, an individual,
ALAN BIAGGI, an individual, PAN AM
INTERNATIONAL FLIGHT ACADEMY,
a.k.a. SIM COM, a Delaware corporation

    Defendants.
_____/

CASE NO. 3:06-cv-00354-LRH-RAM

STIPULATION FOR
ENLARGEMENT OF TIME
(Fourth Request) ; ORDER

    The parties hereby stipulate and agree that Plaintiff may and should have an additional fourteen (14) days to respond to the State Defendants' Motion for Summary Judgment, from its current due date of August 18, 2008 to and including September 2, 2008 (September 1, 2008 is a holiday). Additional time is needed due to Mr. Dickerson's trial before this Court the week of August 11, 2008, preparing the week before, and on vacation from July 19, 2008 to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JAD/sh/marrII/enlarge-time-stip-msjopp-4
                1

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

August 4, 2008.

DATED 8/18/08

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON

DATED 8/18/2008

CATHERINE MASTO CORTEZ
ATTORNEY GENERAL

_____
BRYAN L. STOCKTON
Deputy Attorney General

ORDER

IT IS SO ORDERED.

DATED: August, 26, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

JAD/sh/marrII/enlarge-time-stip-msjopp-4

2