AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

GLENN MARR,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:06-cv-00354-LRH-RAM**

PETER ANDERSON, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants Anderson, Biaggi, Ashworth, Cannizarro, and Dondero's #65 Motion for Summary Judgment is hereby GRANTED. Pursuant to this court's previous #73 order, judgment is entered as to Defendants Mendenhall and Wulfkuhle.


  February 27, 2009                                                 **LANCE S. WILSON**
                                                                              Clerk

                                                                             /s/ Kalani Lizares
                                                                              Deputy Clerk